IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : 1:23CV105 |
| $158,180.00 IN U.S. CURRENCY, | : |
| Defendant. | : |

WARRANT FOR ARREST AND NOTICE IN REM

TO: THE UNITED STATES MARSHALS SERVICE AND/OR
OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

On February 3, 2023, a Verified Complaint of Forfeiture <u>In Rem</u> was filed by the United States Attorney in the United States District Court for the Middle District of North Carolina against the above-named defendant property, alleging that it is subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 8 U.S.C. § 1324(b), and 18 U.S.C. § 2428. The Verified Complaint and supporting Declaration establish probable cause for forfeiture under said statutory provisions.

IT IS THEREFORE ORDERED that you shall arrest the above-named defendant property, as more particularly described in the Verified Complaint, and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that you shall give due notice as provided in Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions by (1) publishing a Notice to the extent required by Rule G(4); and (2) sending a Notice to all persons who reasonably appear

to have an interest in or right against the property. The Notice shall inform potential claimants that they must file a Verified Statement, identifying their interest or right against the property, with the Clerk of this Court not later than thirty-five (35) days after the Notice is sent; however, if the Notice was published but not sent to the claimant or the claimant's attorney, the Verified Statement must be filed no later than thirty (30) days after final publication of the Notice or no later than sixty (60) days after the first day of publication on an official government internet forfeiture site. In addition, the Notice shall inform potential claimants that they must file their Answer with the Clerk of this Court within twenty-one (21) days after the filing of their Verified Statement. Further, the Notice shall inform potential claimants that any request for extension of such deadlines must be filed with the Clerk of this Court before the period otherwise expires. Finally, the Notice shall inform potential claimants that they must serve a copy of any Verified Statement, Answer, or other filings upon the United States Attorney for the Middle District of North Carolina, Asset Forfeiture Division, 101 S. Edgeworth Street, 4th Floor, Greensboro, North Carolina 27401.

IT IS FURTHER ORDERED that, upon execution of this Warrant, the return shall be filed promptly with this Court.

This the 7th day of February, 2023.

/s/ L. Patrick Auld
United States Magistrate Judge